[No. 61114-3-I.   Division One.   July 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TOBY RAFAEL CHRISTIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08828-6, Gregory P. Canova, J., entered December 17, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 61663-3-I.   Division One.   July 13, 2009.]

JAMES EISELE, *Respondent*, v. KATE BOND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-25750-2, Charles W. Mertel, J., entered May 6, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Grosse and Ellington, JJ.

[Nos. 61775-3-I; 61970-5-I.   Division One.   July 13, 2009.]

*In the Matter of the Dependency of* J.A.T.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. JAMES THOMAS ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 07-7-04351-7, Patricia H. Clark, J., entered May 27, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Appelwick, J.

[No. 61917-9-I.   Division One.   July 13, 2009.]

*In the Matter of the Marriage of* ANDREA TEVLIN, *Respondent*, and DENNIS TEVLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-02622-7, Douglass A. North, J., entered May 29, 2008. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Appelwick and Leach, JJ.